# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 314 - 1 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Aidan E. Monahan | | |

**DOCKET ENTRY TEXT**

Government's motion for preliminary order of forfeiture as to defendant Aidan E. Monahan is granted [99]. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|