| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL | COURT CASE NUMBER<br>07 CR 314-1   07cr314 |
| DEFENDANT<br>AIDAN E. MONAHAN | 08 AUG 26 AM 10:10<br>N. DIST. OF ILL. | TYPE OF PROCESS:<br>NOTICE OF FORFEITURE |

| SERVE<br>►<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | $100,000 judgment payment |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | c/o Federal Bureau of Investigation, 2111 West Roosevelt Road, Chicago, Illinois 60608 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR<br>CHICAGO, ILLINOIS 60604<br>ATTN: KATIE MILLER, AFU | Number of process to be served with this Form - 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**Personal service of the funds required**

$100,000 judgment payment (08-FBI-004462)    PREPARED BY: K. MILLER

| Signature of Attorney or other Originator requesting service on behalf of:<br>BARRY MILLER, AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(312) 353-5300 | DATE<br>08/26/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No.____ | District of Origin<br>No.____ | District to Serve<br>No.____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (complete only if different than shown above) | FILED<br>SEP 05 2008<br>Sep 5, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT | Date of Service<br>8/26/08 | Time<br>10:10 ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy<br>Melodyn Waldon | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt