

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | No. 07 CR 314 |
| v. ) | Honorable John W. Darrah |
| ) | |
| ) | |
| Aidan E. Monahan, et al. ) | |

### AGREED ORDER

Aidan E. Monahan and Deborah Collins, wife of defendant Monahan, pursuant to an Agreed Motion, seek an order of the Court directed to the Clerk of the United States District Court, to draw a check on their behalf to the order of :Laborer's Pension and Health and Welfare Funds" in the amount of $170,000, and Ms. Collins, through counsel, having submitted an agreed order and the court being fully advised hereby orders:

Whereas, at the time of the hearing on Aidan Monahan's change of plea, and his subsequent motion for bond, Deborah Collins, and her husband, defendant Monahan and the United States agreed to set aside $170,000 of the amount of the cashier's checks then being held by the United States and subsequently deposited to the Clerk of the United States District Court for the Northern District of Illinois to be held for later use to pay mortgage payments and other just debts, and;

Whereas, subsequent to the court's order in the above captioned case, Collins Maintenance, Inc., Monahan Landscaping Co., Inc. and Monahan Construction Company, Inc. (all defendants in an ERISA case captioned *Laborer' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S Jorgensen*

*Administrator of the Funds, v., Inc. v. Monahan Construction Company, Inc ., Monahan Landscaping Co., Inc., and Collins Maintenance, Inc.* No. 06 C 5781, (:the Laborers' Case") presently pending before the Honorable Rebecca Pallmeyer, agreed to settle that case for the payment of $200,000 in return for a release of all claims of any kind whatsoever, that the Laborers Pension and Health and Welfare Fund might have against the entities and Deborah Collins and Aidan Monahan as individuals.;

And Whereas, Aidan Monahan and Deborah Collins and their attorneys have subsequently agreed to the settlement of the Laborers' case pursuant to the attached Settlement Agreement and Stipulation to Dismiss in the Laborers' case

The Court hereby orders that: The Clerk of the United States District Court for the Northern District of Illinois is directed on or before September 18, 2008, to draw a check payable to the Laborer's Pension and Health and Welfare Funds in the amount of $170,000 for delivery to Deborah Collins' counsel, Dean J. Polales for tender to the Laborer's Pension and Health and Welfare Funds when all plaintiffs in the Laborers' Case have executed the attached Settlement Agreement and Stipulation to Dismiss. If said Settlement Agreement and Stipulation to Dismiss is not promptly executed by plaintiffs in the above captioned case on or before September 18, 2008, Mr. Polales is ordered to return said check to the Clerk of the United States District Court for the Northern District of Illinois for deposit according to the terms and conditions of this court's previous bond order in the above captioned case.

So ordered:

_____
Honorable John W. Darrah
United States District Court
Northern District of Illinois

Date: September 17, 2008