# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 314 - 1 | **DATE** | 4/21/2009 |
| **CASE TITLE** | USA vs. Aidan E. Monahan | | |

**DOCKET ENTRY TEXT**

Government's motion for a final order of forfeiture is granted [139, 140]. The final order will be provided in the judgment and commitment order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|