*MHN*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 314 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| AIDAN E. MONAHAN | ) | |

## ORDER TO APPLY FUNDS TO RESTITUTION JUDGMENT

This cause comes before the Court on the motion of the United States for entry of an order to apply funds to the defendant's restitution judgment and the Court being fully informed hereby ORDERS, ADJUDGES and DECREES:

1.      That, the government's motion to apply funds in the amount of $ $25,000 currently held in an escrow account maintained by the Clerk of the Court to the restitution judgment entered against defendant AIDAN E. MONAHAN is granted;

2.      That, the U.S. District Clerk of the Court for the Northern District of Illinois shall apply funds in the amount of $25,000 to the restitution judgment entered against defendant AIDAN E. MONAHAN;

3.      That, this Court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this order.

JOHN W. DARRAH
United States District Judge

DATED: 7/15/2009