UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 CR 314-1 |
| AIDAN MONAHAN, | ) | |
| | ) | Judge John W. Darrah |
| Defendant | ) | |
| | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States

District Court, for the Northern District of Illinois under case number 07 CR 314-1. The judgment

in the amount of $ 50,100, having been paid or otherwise satisfied is hereby released. The Clerk of

the United States District Court is hereby authorized and empowered to satisfy said judgment of

record. The lien recorded at the Dupage County Recorder's Office as document number R2009-

084178, on June 4, 2009 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 353-5331
   melissa.childs@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed, to the following non-ECF filers:

Aidan Monahan
17 W. 420 Hickory Ave.
Addison, Illinois   60101


By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-5331
melissa.childs@usdoj.gov